IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY D. MOSER,<br>           Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No. 10-1066<br>) Judge Joy Flowers Conti |
| SUPERINTENDANT BRIAN COLEMAN, S.C.I. Fayette; SUPERINTENDANT RAYMOND J. SOBINA, S.C.I. Albion; JEFFREY A. BEARD, Ph.D. Department of Corrections,<br>           Defendants. | ) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>)<br>)<br>)<br>) |

# **O R D E R**

AND NOW, this  **19th**  day of September, 2011, after the Plaintiff, Larry D. Moser, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until September 8, 2011, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice for Plaintiff, Larry D. Moser's failure to comply with the Court's Order to Show Cause filed on May 19, 2011 (ECF No. [30]).

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                      /s/ Joy Flowers Conti
                                                    Joy Flowers Conti
                                                    United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Larry J. Moser
DV-1733
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450

All Counsel of Record by electronic filing